## Charles E. BLACKWELL, Claimant–Appellant,

v.

## R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.

### No. 2007–7031.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2007.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Claudia Burke, Department of Justice, Washington, DC, for Respondent–Appellee.

### ON MOTION

RANDALL R. RADER, Circuit Judge.

### *ORDER*

Charles E. Blackwell moves without opposition to stay proceedings in this appeal pending the court's disposition of *Harms v. Nicholson*, 2007–7005.

Blackwell asserts that both this case and *Harms* involve the issue of whether an appeal to the United States Court of Appeals for Veterans Claims from a denial of a motion to vacate is timely if filed within 120 days of the date of the decision denying the motion.

We conclude that a stay is warranted and authorize the clerk of the court to grant similar unopposed motions.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. Blackwell is directed to inform this court within 14 days of the court's disposition of *Harms* how he believes this appeal should proceed. The Secretary of Veterans Affairs may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Harms*.

(3) The clerk of the court is authorized to grant similar unopposed motions in the future.